# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL NO. 1:04CR74-3

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | **O R D E R** |
| | ) | |
| FRANKIE LEE GREER | ) | |

**THIS MATTER** is before the Court on the Defendant's motion to reconsider the denial of bond pending sentencing.

There has been no change in circumstances since the last time the Court considered the Defendant's motion for bond. **See Order, filed August 23, 2005.** Absent the Government's consent and/or the presence of extraordinary circumstances, counsel may not renew this motion.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion to reconsider is hereby **DENIED**.

**Signed: December 6, 2005**

Lacy H. Thornburg
United States District Judge